UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINGO GARCIA SUERO | Criminal No. 18cr 10139<br><br>VIOLATIONS:<br><br>21 U.S.C. § 841 - Possession with Intent to Distribute and Distribution of Fentanyl<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm<br><br>42 U.S.C. § 408(a)(7)(B) - Misuse of a Social Security Account Number<br><br>18 U.S.C. § 1028A - Aggravated Identity Theft<br><br>Criminal Forfeiture Allegation |

## INDICTMENT

**COUNTS ONE-FOUR:**  (21 U.S.C. § 841 - Possession with Intent to Distribute and Distribution of Fentanyl)

The Grand Jury charges that:

On or about the dates below, at Haverhill and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute, a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propanamide, a/k/a/ Fentanyl, a Scheduled II controlled substance:

| Count | Date |
|-------|------|
| 1 | September 28, 2017 |
| 2 | October 10, 2017 |
| 3 | October 26, 2017 |
| 4 | November 21, 2017 |

All in violation of Title 21, United States Code, Section 841(a).

**COUNT FIVE:** (21 U.S.C. § 841 - Possession with Intent to Distribute Fentanyl)

The Grand Jury further charges that:

On or about December 18, 2017, at Lowell and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of, N-phenyl-N-[1-(2-phenylethyl)-
4-piperidinyl] propanamide a/k/a/ Fentanyl, a Scheduled II controlled substance, in violation of Title 21, United States Code, Sections 841(a) & 841(b)(1)(B)(vi).

**COUNT SIX:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about December 18, 2017, at Haverhill and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms and ammunition, to wit: Colt, model Police Positive, .38 caliber revolver, serial number obliterated; 5 rounds of .38 caliber ammunition bearing head-stamp "Federal 38 Special", and 1 round of .38 caliber ammunition bearing head stamp "WINCHESTER 38 SPL +P."

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SEVEN:** (42 U.S.C. § 408(a)(7)(B) – Misuse of a Social Security Account Number)

The Grand Jury further charges that:

On or about June 4, 2015, at Lawrence and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly, and with the intent to deceive, falsely represent in a driver's license application to the Massachusetts Registry of Motor Vehicles that his Social Security account number was xx-xx-6971, when, in fact, the defendant knew that this Social Security account number was not assigned to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

**COUNT EIGHT**: (18 U.S.C. § 1028A -- Aggravated Identity Theft)

The Grand Jury further charges that:

On or about June 4, 2015, at Lawrence and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, did knowingly use and possess, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and Social Security account number of M.P., during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, to wit, misuse of a social security account number, in violation of 42 U.S.C. § 408, as alleged in Count Seven of this Indictment.

All in violation of Title 18, United States Code, Section 1028A.

**COUNT NINE:** (42 U.S.C. § 408(a)(7)(B) – Misuse of a Social Security Account Number)

The Grand Jury further charges that:

On or about August 30, 2017, at Taunton and elsewhere, in the District of Massachusetts,

**DOMINGO GARCIA SUERO,**

the defendant herein, for the purpose of obtaining something of value and for other purposes, did knowingly, and with the intent to deceive, falsely represent in a Massachusetts Application for Health and Dental Coverage and Help Paying Costs, a/k/a MassHealth, that his Social Security account number was xx-xx-6971, when, in fact, the defendant knew that this Social Security account number was not assigned to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## FORFEITURE ALLEGATIONS

### DRUG OFFENSES FORFEITURE ALLEGATIONS
(21 U.S.C. § 853)

1. Upon conviction of the offenses, in violation of Title 21, United States Code, Section 841, set forth in Counts One through Five of this Indictment,

**DOMINGO GARCIA SUERO,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant--

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count Six of this Indictment,

**DOMINGO GARCIA SUERO**,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Colt, model Police Positive, .38 caliber revolver, serial number obliterated;

   b. 5 rounds of .38 caliber ammunition bearing head-stamp "Federal 38 Special", and

   c. 1 round of .38 caliber ammunition bearing head stamp "WINCHESTER 38 SPL +P."

4. If any of the property described in Paragraph 3, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 3 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
MAXIM GRINBERG
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS; May 2, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:23 p.m.
5-2-18