# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 18-CR-10139-GAO

_____

UNITED STATES OF AMERICA

v.

DOMINGO GARCIA SUERO

_____

)
)
)
)
)
)
)
)

## ASSENTED MOTION TO CONTINUE STATUS CONFERENCE

With the assent of the government, the defendant, Domingo Garcia Suero, respectfully moves this Honorable Court to continue the status conference scheduled for Monday, October 7 to December 2, 2019. Mr. Garcia Suero states the following grounds in support of this motion:

1. Counsel for Mr. Garcia Suero needs additional time to meet with Mr. Garcia Suero prior to reporting back to the court. Attorney-client meetings in this case require the services of a Spanish interpreter. Counsel was unable to schedule a meeting last week and has no available dates for the week of October 7. Counsel also has a trial scheduled to begin before Judge Zobel on October 28. The defendant in that case also speaks Spanish and requires an interpreter for attorney-client communications.

2. Counsel conferred with AUSA Rachel Hemani by e-mail on Friday, October 4. AUSA Hemani indicated the government's assent to a continuance, but

she has a trial scheduled to begin on November 12 that is expected to last through the end of November. Therefore, this motion seeks a continuance of the status conference to December 2.

WHEREFORE, Mr. Garcia Suero, with the government's assent, respectfully requests this Honorable Court to continue the status conferences scheduled for October 7, 2019 to December 2, 2019 and exclude the time between today and that date in the interest of justice.

Respectfully submitted,

DOMINGO GARCIA SUERO
By his Attorney


/s/ Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792
229 Harvard Street
Brookline, MA 02446
(617) 728-9944


CERTTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have served a copy of the within motion on all parties by causing it to be filed electronically via ecf.

| 10/6/2019 | /s/Leslie Feldman-Rumpler |
|---|---|
| Date | Leslie Feldman-Rumpler, Esq. |